IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                            )
                                                  )    Case No.  10 – 44800 –jwv- 13
    Jeffrey Alan Bradley                          )
    Deborah Sue Bradley                           )
                    Debtors.                      )

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW the Debtors, Jeffrey and Deborah Bradley, by and through their attorney, J. Aaron Cook, and amend their Chapter 13 Plan to reflect the following:

**1.     PLAN PAYMENT:** Debtor shall pay **$1725** per month from future earnings to the standing Chapter 13 trustee.

  a.   X   Direct payment: from debtor(s) to trustee; or

  b.   ☐  Voluntary Wage Assignment to Employer:

All other provisions of the Debtors' Plan remain the same.

                                        Respectfully Submitted,

                                         /s/ J. Aaron Cook
                                        J. Aaron Cook     #50666
                                        136 E. Walnut, Suite 300
                                        Independence, MO 64050
                                        (816) 373-7379 telephone
                                        (816) 222-0757 fax
                                        ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular U.S. Mail or electronic mail this 25th day of May, 2011, to:

Richard V. Fink, Chapter 13 Trustee.

All parties of interest

                                         /s/ J. Aaron Cook
                                        Attorney for Debtors